UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DR. MELVIN SMITH,**

    Plaintiff,                                 Case No. 23-cv-10872

v.                                            Hon. Nancy G. Edmunds

**REGENTS OF THE
UNIVERSITY OF MICHIGAN - FLINT**;

    Defendants.
_____/

## STIPULATED ORDER OF DISMISAL
## WITH PREJUDICE

In accordance with the stipulation of the parties, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Complaint is dismissed in its entirety as to all parties, with prejudice and without the payment of costs or fees by any party.

This order resolves the last pending claim.

**SO ORDERED**.

                                                    s/ Nancy G. Edmunds
                                                    NANCY G. EDMUNDS
Dated: February 8, 2024                 United States District Court Judge

**I STIPULATE TO THE ENTRY OF**

- 2 -

**THE ABOVE ORDER:**

<table>
<tr><td>

s/ with the consent of Felicia Duncan Brock<br>
I.A.B. Attorneys At Law, PLLC<br>
8829 Asbury Park<br>
Detroit, Michigan  48228<br>
(313) 318-3180<br>
duncan@iabattorneys.com<br>
(P63352)

</td><td>

s/ Daniel B. Tukel<br>
Butzel Long<br>
201 West Big Beaver Road<br>
Suite 1200<br>
Troy, Michigan  48084<br>
(248) 258-1616<br>
tukel@butzel.com<br>
(P34978)

</td></tr>
</table>